IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMAND TORRES, | ) | No. C 13-00573 EJD (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| GREG LEWIS, Warden, | ) | |
| Respondents. | ) | |

Petitioner, a California prisoner at the Pelican Bay State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Tulare County which lies within the venue of the Eastern District of California. See 28 U.S.C. 84(b).

///

///

Order of Transfer
00573Torres_transfer.wpd

1   Accordingly, the above-titled action is hereby TRANSFERRED to the United
2   States District Court for the Eastern District of California. See 28 U.S.C. §§ 1404(a),
3   2241(d); Habeas L.R. 2254-3.
4   The Clerk shall transfer this matter and terminate any pending motions.

6   DATED: _____3/7/2013_____          _____
                                         EDWARD J. DAVILA
7                                        United States District Judge

**United States District Court**
For the Northern District of California

Order of Transfer
00573Torres_transfer.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARMAND TORRES,

      Petitioner,

  vs.

GREG LEWIS, Warden,

      Respondents.
_____/

Case Number CV 13-00573 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/8/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Armand Torres**
AA-1759
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA


DATED: _____3/8/2013_____

                        Richard W. Wieking, Clerk
                    /s/ By: Elizabeth Garcia, Deputy Clerk